UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LILIANA HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AFSCME CALIFORNIA; AFSCME LOCAL 3299, as representative of the class of all chapters and affiliates of AFSCME California; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; EDMUND G. BROWN, in his official capacity of Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; MARK GREGERSEN, ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>Defendants. | No. 2:18-cv-02419 WBS EFB<br><br>No. 2:18-cv-02961 JAM AC<br><br>NON-RELATED CASE ORDER |

| | |
|---|---|
| 1 | TERRY C. COOLEY, on behalf of himself and all others |
| 2 | similarly situated, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION; |
| 6 | CALIFORNIA ASSOCIATION OF LAW ENFORCEMENT EMPLOYEES, as an |
| 7 | individual defendant and as representative of the class of |
| 8 | all affiliate associations of the California Statewide Law |
| 9 | Enforcement Association, EDMUND G. BROWN, in his |
| 10 | official capacity of Governor of the State of California; |
| 11 | XAVIER BECERRA, in his official capacity as Attorney |
| 12 | General of the State of California; ERIC BANKS, |
| 13 | PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, |
| 14 | in their official capacities as chair and members of the |
| 15 | California Public Employment Relations Board; |
| 16 | |
| | Defendants. |
| 17 | |

----oo0oo----

The court has received the Notice of Related Cases concerning the above-captioned cases filed on November 14, 2018. See Local Rule 123. The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so. This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

2

Dated: November 19, 2018

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE