Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900

*Counsel for Plaintiff and Proposed Classes*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **Terry C. Cooley**, on behalf of himself and all others similarly situated, Plaintiff, v. **California Statewide Law Enforcement Association**, et al., Defendants. | Case No. 2:18-cv-02961-JAM-AC **Order Granting Plaintiff's Request to Redact or Seal Complaint** |

1     The plaintiff's request to redact or seal the complaint is granted. The Court orders
2 that the redacted complaint submitted as Exhibit 1 to the plaintiff's Notice of Request
3 to Redact Complaint or to Seal Complaint be substituted for the version of the Com-
4 plaint that he filed on November 13, 2018.
5

**SIGNED** on 12/3/2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE