1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   SEAN ALLEN, et al.,                    No.  2:18-cv-02230-MCE-CKD

12          Plaintiffs,

13      v.                                   **AMENDED NON-RELATED CASE ORDER**

14   SANTA CLARA COUNTY CORRECTIONAL
     PEACE OFFICERS ASSOCIATION, et al.

15

16          Defendants.
     _____/

17   LILIANA HERNANDEZ, et al.              No. 2:18-cv-02419-WBS-EFB

18          Plaintiffs,

19      v.

20   THE REGENTS OF THE UNIVERSITY OF
     CALIFORNIA, et al.

21

22          Defendants.
     _____/

23   RUTH ALISER, et al.                    No.  2:18-cv-02574-MCE-CKD

24          Plaintiffs,

25      v.

26   CALIFORNIA STATE UNIVERSITY
     EMPLOYEES UNION, et al.

27

28          Defendants.
     _____/

                              1

TERRY C. COOLEY,                                    No.  2:18-cv-02961-JAM-AC

        Plaintiff,

    v.

CALIFORNIA STATEWIDE LAW
ENFORCEMENT ASSOCIATION, et al.,

        Defendants.
_____/

WILLIAM D. BRICE, et al.                           No. 2:18-cv-03106-MCE-EFB

        Plaintiffs,

    v.

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, et al.

        Defendants.
_____/

      The Court has received the Notices of Related Cases filed on December 7, 2018.
See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is
inappropriate to relate or reassign the cases, and therefore declines to do so.

      This order is issued for informational purposes only, and shall have no effect on
the status of the cases, including any previous Related (or Non-Related) Case Order of
this Court.

      IT IS SO ORDERED.

DATED:  January 14, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE