DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
CASSANDRA M. FERRANNINI (Bar No. 204277)
CHRISTOPHER M. KOLKEY (Bar No. 300206)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
dmcveigh@downeybrand.com
cferrannini@downeybrand.com
ckolkey@downeybrand.com

Attorneys for Defendants
California Statewide Law Enforcement Association;
California Association of Law Enforcement
Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TERRY C. COOLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ASSOCIATION OF LAW ENFORCEMENT EMPLOYEES, as an individual defendant and as representative of the class of all affiliate associations of the California Statewide Law Enforcement Association, EDMUND G. BROWN, in his official capacity of Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>Defendants. | Case No. 2:18-cv-02961-JAM-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION AND CALIFORNIA ASSOCIATION OF LAW ENFORCEMENT EMPLOYEES TO FILE RESPONSIVE PLEADING** |

| | |
|---|---|
| 1 | Plaintiff TERRY C. COOLEY ("Plaintiff"), and Defendants CALIFORNIA |
| 2 | STATEWIDE LAW ENFORCEMENT ASSOCIATION, CALIFORNIA ASSOCIATION OF |
| 3 | LAW ENFORCEMENT EMPLOYEES, EDMUND G. BROWN, XAVIER BECERRA, ERIC |
| 4 | BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ (together, |
| 5 | the "Defendants"; Plaintiffs and Defendants together are the "Parties") by and through their |
| 6 | counsel, and pursuant to Local Rule 144(a), hereby stipulate as follows: |

WHEREAS Local Rule 144(a) of the United States District Court for the Eastern District of California provides that the Parties may file an initial stipulation extending the time to respond to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

WHEREAS Local Rule 144(a) further provides that any additional extension of time to respond to the Complaint must be approved by the Court;

WHEREAS on November 30, 2018, Defendants California Statewide Law Enforcement Association and California Association of Law Enforcement Employees (the "Union Defendants") filed a stipulation with the Court to extend the time to file a responsive pleading to the Complaint by 28 days—to January 3, 2019 (ECF No. 15).

WHEREAS the Union Defendants timely filed a Motion to Dismiss the Complaint on January 3, 2019 (ECF No. 22).

WHEREAS the Court dismissed the Union Defendants' Motion to Dismiss the Complaint on January 29, 2019 for failure to include a meet and confer statement in the Notice of Motion to Dismiss the Complaint (ECF No. 22-1), pursuant to the Court's November 13, 2018 Order (ECF No. 4-2). (See ECF No. 43.)

WHEREAS the Union Defendants' counsel met and conferred with Plaintiff's counsel about the Union Defendants' Motion to Dismiss on January 30, 2019. It was established at that meet and confer that certain factual allegations could more clearly be pleaded and that, by amending the Complaint, the number of issues in any future motion to dismiss could be reduced. Plaintiff's counsel therefore indicated that it intends to file an amended complaint on or around February 8, 2019.

1544610.1

2

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING

WHEREAS it is not economic or efficient to respond to a complaint that will be amended, and the Union Defendants also require additional time to respond to the Complaint should Plaintiff decide not to immediately amend the Complaint.

WHEREAS the parties will not be prejudiced by a modest extension because Plaintiff will likely amend the Complaint and the remaining defendants have not yet filed a response to the Complaint.

**STIPULATION**

NOW THEREFORE, the Parties agree that the Union Defendants shall have an extension of time to file a responsive pleading to the Complaint, up to and including February 22, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 1, 2019　　　DOWNEY BRAND LLP

By: ___/s/ Cassandra M. Ferrannini___
　　DANIEL J. MCVEIGH
　　CASSANDRA M. FERRANNINI
　　CHRISTOPHER M. KOLKEY
　　Attorneys for Defendants California Statewide Law Enforcement Association; California Association of Law Enforcement Employees

DATED: February 1, 2019　　　DEPARTMENT OF JUSTICE

By: /s/ Maureen C. Onyeagbako (as authorized on 2/1/19)
　　MAUREEN C. ONYEAGBAKO
　　Attorney for Defendants Edmund G. Brown, Xavier Becerra, Eric Banks, Priscilla Winslow, Erich Shiners, and Arthur A. Krantz

DATED: February 1, 2019　　　BENBROOK LAW GROUP, PC

By: /s/Jonathan F. Mitchell (as authorized on 2/1/19)
　　JONATHAN F. MITCHELL
　　BRADLEY BENBROOK
　　Attorney for Plaintiff and Proposed Classes

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that:

The deadline for Defendants California Statewide Law Enforcement Association and California Association of Law Enforcement Employees to file a responsive pleading to the Complaint shall be extended to **February 22, 2019**.

IT IS SO ORDERED.

DATED: 2/1/2019  /s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE