1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ANTHONY R. HAKL, State Bar No. 197335
   Supervising Deputy Attorney General
3  MAUREEN C. ONYEAGBAKO, State Bar No. 238419
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7324
6   Fax:  (916) 324-8835
    E-mail:  Maureen.Onyeagbako@doj.ca.gov
7  *Attorneys for Xavier Becerra, in his official capacity*
   *as Attorney General of the State of California, and*
8  *the Public Employment Relations Board*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **TERRY C. COOLEY, on behalf of himself and all others similarly situated,** | 2:18-cv-02961-JAM-AC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR STATE DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| **CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ASSOCIATION OF LAW ENFORCEMENT EMPLOYEES, as an individual defendant and as representative of the class of all affiliate associations of the California Statewide Law Enforcement Association; GAVIN NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,** | Judge:      The Honorable John A. Mendez<br>Trial Date:   N/A<br>Action Filed:  November 13, 2018 |
| Defendants. | |

1

Plaintiff Terry Cooley and Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Eric Banks, Priscilla Winslow, and Erich Shiners, in their official capacities as members of the Public Employment Relations Board[1] (collectively, the "State Defendants"),[2] through their undersigned counsel, hereby stipulate as follows:

1.  Plaintiff filed this action on November 13, 2018;

2.  The State Defendants waived formal service of process of the complaint and summons, thereby making their response due on February 11, 2019;

3.  Plaintiff intends to file an amended complaint in approximately one week;

4.  Given that the deadline for the State Defendants' responsive pleading will fall shortly before or soon after the date that Plaintiff will file an amended complaint, the stipulating parties agree to conserve the resources of the parties and of this Court by extending the deadline for the State Defendants to answer or otherwise respond until after Plaintiff files an amended complaint;

5.  The stipulating parties further agree to extend the time for the State Defendants to file an answer or other response to the amended complaint, such that the State Defendants shall have forty-five days after filing and service of the amended complaint to file and serve their response to the amended complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Priscilla Winslow's term on the Public Employment Relations Board expired on December 31, 2018.

[2] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Governor Gavin Newsom is automatically substituted as a defendant in this matter in place of his predecessor, Edmund G. Brown Jr.  However, the Governor has since been dismissed from this lawsuit.  (ECF No. 46.)

1    6.    This agreement is the parties' first stipulation for an extension of time to file a

2    responsive pleading.

3    IT IS SO STIPULATED.

4    Dated:  February 7, 2019                    Respectfully submitted,

5                                               XAVIER BECERRA
                                                Attorney General of California
6                                               ANTHONY R. HAKL
                                                Supervising Deputy Attorney General
7
                                                ***/s/ Maureen Onyeagbako***
8

9                                               MAUREEN C. ONYEAGBAKO
                                                Deputy Attorney General
10                                              *Attorneys for Defendants Xavier Becerra, in*
                                                *his official capacity as Attorney General of the*
11                                              *State of California, and the Public*
                                                *Employment Relations Board, and Gavin*
12                                              *Newsom, in his official capacity as Governor*
                                                *of the State of California*
13

14

15   Dated:  February 7, 2019                    Respectfully submitted,

16                                               MITCHELL LAW PLLC

17                                               ***/s/ Jonathan F. Mitchell***
                                                 **(as authorized on 2/7/2019)**

18

19                                               JONATHAN F. MITCHELL (*PRO HAC VICE*)
                                                 *Attorneys for Plaintiff Terry Cooley*

20

21   Dated:  February 7, 2019                    Respectfully submitted,

22                                               DOWNEY BRAND LLP

23                                               ***/s/ Christopher M. Kolkey***
                                                 **(as authorized on 2/7/2019)**

24

25                                               Daniel J. McVeigh
                                                 Cassandra M. Ferrannini
26                                               Christopher M. Kolkey
                                                 *Attorneys for Defendants California Statewide*
27                                               *Law Enforcement Association and California*
                                                 *Association of Law Enforcement Employees*

28   SA2018103401 / 13426020.docx

                                     3

## **ORDER**

Having reviewed and considered the foregoing stipulation, and good cause appearing, the time for the State Defendants to file and serve an answer or other response to the operative complaint is extended to forty-five days after Plaintiff files and serves an amended complaint.

**IT IS SO ORDERED.**

Dated:  2/8/2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE