DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
CASSANDRA M. FERRANNINI (Bar No. 204277)
CHRISTOPHER M. KOLKEY (Bar No. 300206)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
dmcveigh@downeybrand.com
cferrannini@downeybrand.com
ckolkey@downeybrand.com

Attorneys for Defendants
California Statewide Law Enforcement Association;
California Association of Law Enforcement Employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY C. COOLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION; CALIFORNIA ASSOCIATION OF LAW ENFORCEMENT EMPLOYEES, as an individual defendant and as representative of the class of all affiliate associations of the California Statewide Law Enforcement Association, GAVIN NEWSOM, in his official capacity of Governor of the State of California;[1] XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>Defendants. | Case No. 2:18-cv-02961-JAM-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION AND CALIFORNIA ASSOCIATION OF LAW ENFORCEMENT EMPLOYEES TO FILE RESPONSIVE PLEADING** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Governor Gavin Newsom is automatically substituted as a defendant in this matter in place of his predecessor, Edmund G. Brown, Jr. However, the Governor has since been dismissed from this lawsuit. (ECF No. 46.)

1546937.2                                                             1

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING

Plaintiff TERRY C. COOLEY ("Plaintiff"), and Defendants CALIFORNIA STATEWIDE LAW ENFORCEMENT ASSOCIATION, CALIFORNIA ASSOCIATION OF LAW ENFORCEMENT EMPLOYEES, XAVIER BECERRA, ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ (together, the "Defendants"; Plaintiffs and Defendants together are the "Parties") by and through their counsel, and pursuant to Local Rule 144(a), hereby stipulate as follows:

WHEREAS on November 30, 2018, Defendants California Statewide Law Enforcement Association and California Association of Law Enforcement Employees (the "Union Defendants") filed a stipulation with the Court to extend the time to file a responsive pleading to the Complaint by 28 days—to January 3, 2019 (ECF No. 15).

WHEREAS the Union Defendants filed a Motion to Dismiss the Complaint on January 3, 2019 (ECF No. 22).

WHEREAS the Court dismissed the Union Defendants' Motion to Dismiss the Complaint on January 29, 2019 for failure to include a meet and confer statement in the Notice of Motion to Dismiss the Complaint (ECF Nos. 22-1, 43).

WHEREAS the Union Defendants' counsel met and conferred with Plaintiff's counsel about the Union Defendants' Motion to Dismiss on January 30, 2019. It was established at that meet and confer that, by amending the Complaint, the number of issues in any future motion to dismiss could be reduced. Plaintiff's counsel therefore indicated that it intended to soon file an amended complaint.

WHEREAS because it was not economic or efficient to respond to a complaint that would be amended, the Parties stipulated to an extension for the Union Defendants to file a responsive pleading to the Complaint to February 22, 2019, which the Court granted (ECF No. 45).

WHEREAS the Parties have been working to resolve issues raised in the Union Defendants' Motion to Dismiss the Complaint to minimize the disputed issues for the Court to resolve.

WHEREAS Plaintiff intends to file the First Amended Complaint on February 22, 2019.

WHEREAS on February 8, 2019, the Court granted the state defendants' stipulation for an

extension of time to file a responsive pleading until 45 days after Plaintiff files and serves an amended complaint (ECF No. 48).

WHEREAS in order to streamline all Defendants' motions to dismiss such that they are heard at approximately the same time, and because it is not economic or efficient to respond to a complaint that will soon be amended, the Parties agree the time for the Union Defendants to file a responsive pleading will be 45 days after the filing and service of an amended complaint, which will be the same date that the state defendants will file a responsive pleading to the amended complaint.

## STIPULATION

NOW THEREFORE, the Parties agree that the time for the Union Defendants to file and serve a response to the operative complaint is extended to 45 days after Plaintiff files and serves an amended complaint.

IT IS SO STIPULATED.

DATED: February 22, 2019　　DOWNEY BRAND LLP

By: /s/ Cassandra M. Ferrannini
CASSANDRA M. FERRANNINI
CHRISTOPHER M. KOLKEY
Attorneys for Defendants California Statewide Law Enforcement Association; California Association of Law Enforcement Employees

DATED: February 22, 2019　　DEPARTMENT OF JUSTICE

By: /s/ Maureen C. Onyeagbako (as authorized on 2/22/19)
MAUREEN C. ONYEAGBAKO
Attorney for Defendants Xavier Becerra, Eric Banks, Priscilla Winslow, Erich Shiners, and Arthur A. Krantz

DATED: February 22, 2019　　BENBROOK LAW GROUP, PC

By: /s/ Jonathan F. Mitchell (as authorized on 2/22/19)
JONATHAN F. MITCHELL
BRADLEY BENBROOK
Attorney for Plaintiff and Proposed Classes

# **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that:

The deadline for Defendants California Statewide Law Enforcement Association and California Association of Law Enforcement Employees to file and serve a response to the operative complaint is extended to 45 days after Plaintiff files and serves an amended complaint.

IT IS SO ORDERED.

DATED: 2/25/2019

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE